

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00307-CR

**CRISTAN DRAYCE WILLIAMS,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the County Court at Law No. 2
Brazos County, Texas
Trial Court No. 12-02846-CRM-CCL2**

# O R D E R

Cristan Drayce Williams's Motion for Rehearing is denied.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion denied
Order issued and filed August 20, 2015

